1024

No. 1274, Misc. DULING v. OHIO. Sup. Ct. Ohio. Certiorari denied. *Robert E. Albright* for petitioner.

No. 1358, Misc. READO v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1376, Misc. DAVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1377, Misc. HOBBS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1381, Misc. TUCKER v. MARYLAND. Ct. App. Md. Certiorari denied. *Milton B. Allen* for petitioner.

No. 1384, Misc. BARRY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1387, Misc. WATKINS v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 1388, Misc. ROSE v. GLADDEN, WARDEN. Sup. Ct. Ore. Certiorari denied.

No. 1398, Misc. HUFFMAN v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 1394, Misc. DURRETT ET AL. v. INDIANA. Sup. Ct. Ind. Certiorari denied. *William C. Erbecker* for petitioners.